**MEMO ENDORSED**

THE LAW OFFICES OF
AMEDURI, GALANTE & FRISCIA
471 Bement Avenue
Staten Island, NY 10310
(718)442-9000
Cell: (718)273-5219

May 29, 2008

Via e-mail

The Honorable Richard J. Sullivan
District Judge
US District Court
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

Re:   McGrath v. The Peoples Republic of China
      Case No.: 08 CV 01073

Dear Honorable Sir:

Pursuant to your Order dated May 15, 2008 Plaintiff was ordered to submit a letter jointly with the defendants setting forth a brief statement of the action and defenses and the progress in the discovery of this matter.

The Complaint originally filed was only served upon one of the defendants, China Construction America, Inc. and the attorney for said party advised my office that both defendants were improperly named on the Complaint. Thereafter, we obtained several contracts to confirm the proper names of the defendant and we are currently in the process of amending the action. We have prepared an Amended Complaint but inasmuch as a foreign country is one of the named defendants, pursuant to the Federal Rules we are obtaining another translation into Mandarin Chinese.

I therefore respectfully request an extension of the Court ordered deadlines and an adjournment of the status conference presently scheduled for June 13, 2008. I shall work diligently to expedite the service of the Amended Summons and Complaint and comply with ECF filing.

Respectfully submitted,

Marvin Ben-Aron
MBA:mm

*[Handwritten endorsement:]* Plaintiff's time in which to serve the complaint is extended 30 days. Plaintiff is also granted leave to file an amended complaint. The previously scheduled status conference is adjourned to July 31, 2008 at 9:30 AM. The parties shall submit a joint status letter and proposed case management plan at least 14 days prior to the conference. SO ORDERED.

RICHARD J. SULLIVAN
U.S.D.J.