08/18/2008 12:10 FAX 7182735219   AMEDURI GALANTE FRISCIA   ☒002/002
08/05/ AUG. 6. 2008 11:32AM 735219   AMEDURI GALANTE FRISCIA   NO. 8769   P. 2

Case 1:08-cv-01073-RJS   Document 5   Filed 08/21/2008   Page 1 of 1
Aug 18 2008 11:59am

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 8/21/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael McGrath & Mary Lou McGrath<br>Plaintiff(s)<br><br>v.<br><br>The People's Republic of China and China Construction America Inc.<br>Defendant(s) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 08 CV 1073 (RJS) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _____ pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_Cindy Ameduri_
Signature of plaintiffs or plaintiff's counsel

471 Bement Avenue
Address

Staten Island, NY 10310
City, State & Zip Code

(718) 442-9000
Telephone Number

Dated: Aug 4, 2008

Traub Lieberman Straus + Shrewsberry LLP
by Lisa M___
Signature of defendants or defendant's counsel

7 Skyline Drive
Address

Hawthorne, NY 10532
City, State & Zip Code

(914) 347-2600
Telephone Number

Dated: Aug 6, 2008